IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

MARY JOE BUNDY EVERAGE,          *

    Plaintiff,               *

vs.                             *          CASE NO. 3:21-CV-93 (CDL)

KEVIN WELCH, *et al.*,          *

    Defendants.              *

O R D E R

The Court ordered Plaintiff to serve Defendants by December 7, 2021 and file proof of that service by December 14, 2021. Order, ECF No. 9.  The Court warned that failure to file a proof of service would result in the dismissal of Plaintiff's Complaint against Defendants without prejudice.  Plaintiffs did not file a proof of service.  Therefore, the Complaint in this action is dismissed without prejudice.

IT IS SO ORDERED, this 16th day of December, 2021.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA